UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSE H. MORAN, | ) | No. CV 09-2533 SVW (FFM)) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| J. D. HARTLEY, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: March 4, 2010

_____
STEPHEN V. WILSON
United States District Judge